| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | Presented in Corpus Christi |

CORPUS CHRISTI Division
Magistrate No.: N/A
File: INDICTMENT
Filed: June 28, 2017

CR. No.: **C-17-389**

County: Nueces
LIONS #: 2017R04874

**JUDGE NELVA GONZALES RAMOS**

Judge: _____

Attorneys:

United States of America

v.

ADAM CHRISTIAN WHITE

AKA SILENT

ABE MARTINEZ, ACTING U.S. ATTORNEY
ROBERT D. THORPE, JR., ASST. U.S. ATTORNEY
**GRAND JURY ACTION**     APP'D   RET

PLEASE INITIAL _____

TRUE BILL: _____

NO BILL: _____

Charge(s):  Ct. 1: Did knowingly and intentionally conspire to possess with intent to distribute more than 50 grams of methamphetamine: 21 USC 846, 841(a)(1), and 841(b)(1)(A).
Ct. 2: Did knowingly and intentionally possess with intent to distribute approximately 56 grams of methamphetamine: 21 USC 841(a)(1) and 841(b)(1)(A) and 18 USC 2.
Ct. 3: Did knowingly and intentionally possess with intent to distribute approximately 211 grams of methamphetamine: 21 USC 841(a)(1) and 841(b)(1)(A) and 18 USC 2.
Ct. 4: Did knowingly and intentionally possess with intent to distribute approximately 826 grams of methamphetamine: 21 USC 841(a)(1) and 841(b)(1)(A) and 18 USC 2.

Penalty:  Ct. 1: Not less than 10 years or more than life imprisonment without probation, parole or suspended sentence, or a fine not to exceed $10 million, or both; at least 5 years SRT; a $100 Special Assessment.
Cts. 2-4: Not less than 10 years or more than life imprisonment without probation, parole or suspended sentence, or a fine not to exceed $10 million, or both; at least 5 years SRT; a $100 Special Assessment; and, community restitution up to the amount of any fine imposed by the Court.

In Jail: _____
On Bond: _____
No Arrest:  Arrest Warrant to be filed