UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

JUN 2 8 2017

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| ADAM CHRISTIAN WHITE | § | C-17-389 |
| AKA SILENT | § | |

NOTICE OF RELATED CASES

COMES NOW the United States of America through Abe Martinez, Acting United States Attorney in and for the Southern District of Texas, and files the following NOTICE OF RELATED CASES:

The following case is related to the instant case:

| | |
|---|---|
| Case: | United States v. Mark Anthony Cirilo, et al |
| Number: | C-17-271 |
| District Judge: | Nelva Gonzales Ramos |
| Status: | Final Pretrial Conference Pending |

| | |
|---|---|
| Case: | United States v. George Jason Crumbock, et al |
| Number: | C-16-962 |
| District Judge: | Janis Graham Jack |
| Status: | Sentencing Hearing Pending |

These cases are the product of an investigation by agents from the Homeland Security Investigations.

Respectfully submitted,

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

By: _____
ROBERT D. THORPE, JR.
Assistant United States Attorney